Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775-440-2372
Fax:  775-440-2376

*Attorneys for Defendant*
*Breakthru Beverage Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW VANLAKE, <br><br> Plaintiff, <br> vs. <br><br> BREAKTHRU BEVERAGE NEVADA, LLC, <br> a Delaware limited liability company, <br><br> Defendant. | Case No.:  2:26-cv-000921-APG-EJY <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> (***First Request***) |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant BREAKTHRU BEVERAGE NEVADA, LLC ("Defendant") and Plaintiff ANDREW VANLAKE ("Plaintiff"), by and through their respective undersigned counsel, hereby request that Defendant be granted a 30-day extension of time, up to and including May 25, 2026, to file its response to Plaintiff's Complaint (ECF No. 1). The present deadline for Defendant to file its response is April 23, 2026. This is the parties' first request for an extension of time for Defendant to file its response.

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, to allow the parties to explore early resolution, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a 30-day extension of time up to and including May 25, 2026 for Defendant to file its response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 21st day of April, 2026.

GREENBERG GROSS LLP

/s/ John M. Orr

Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
John M. Orr
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*
*Andrew VanLake*

DATED this 21st day of April, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac

Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775-440-2372
Fax: 775-440-2376

*Attorneys for Defendant*
*Breakthru Beverage Nevada, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

April 22, 2026
_____
DATED