**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Andrew Vanlake,
Plaintiff,
v.
Breakthru Beverage Nevada, LLC,
Defendant.

Case No. 2:26-cv-00921-APG-EJY

**Order**

Given counsel's representations of futility, Docket No. 19, the Court **VACATES** the early neutral evaluation. The Court **INSTRUCTS** the Clerk's Office to remove the ENE flag from this case and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: August 20, 2026

Nancy J. Koppe
United States Magistrate Judge